CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 7 2009

JOHN F. CORCORAN, CLERK
BY: /s/ 
　　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:06CR00008 |
| | ) (Case No. 5:09CV80169) |
| v. | ) |
| | ) **FINAL JUDGMENT AND ORDER** |
| | ) |
| EUGENE ROSS COUSINS, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

## ADJUDGED AND ORDERED

that the motion to dismiss is hereby **GRANTED**, and the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 7th day of December, 2009.

_/s/ Glen E. Conrad_
United States District Judge