CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 2 2010

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 5:06CR00008<br>) (Case No. 5:09CV80169)<br>) |
| v. | )<br>) **ORDER**<br>) |
| EUGENE ROSS COUSINS,<br><br>    Defendant. | ) By: Glen E. Conrad<br>) United States District Judge<br>) |

For the reasons stated in the accompanying memorandum opinion, it is

**ADJUDGED AND ORDERED**

that the defendant's motions to reconsider (Dkt. Nos. 162, 163, and 165) are **DENIED**.

The Clerk is directed to send copies of this order to the defendant and to counsel of record for the government.

ENTER: This 2d day of March, 2010.

_____
United States District Judge