CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:06CR00008 |
| | ) | (Case No. 5:09CV80169) |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| EUGENE ROSS COUSINS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the defendant's second motion for reconsideration (ECF 179) is **DENIED**.

ENTER: This 28th day of March, 2011.

_____
Chief United States District Judge

3