CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR00008 |
| | ) | (CASE NO. 5:09CV80169) |
| v. | ) | FINAL ORDER |
| | ) | |
| EUGENE ROSS COUSINS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. The defendant's motions (ECF Nos. 192 & 193), styled as a motion for reconsideration under Rule 60(b) and a motion to withdraw defendant's guilty plea, and all other motions contained therein, are **DENIED**, and the defendant's submission is **CONSTRUED** as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is **DIRECTED** to redocket the motions (ECF Nos. 192 & 193), jointly, as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 25th day of February, 2013.

*/s/ Glen E. Conrad*

Chief United States District Judge